AO 240 (Rev. 6/86)  Application to Proceed

# United States District Court

RECEIVED

Boston _____ DISTRICT OF Massachusetts

JAN 1 2 2004

Delmar Adriano Monterio Lopes
Petitioner           Pro-se

v.

John Ashcroft, et als

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

A# 41 - 958 - 320

I, Delmar Adriano Monterio Lopes, declare that I am the (check appropriate box)

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☑ 28 U.S.C. § 2241

                                      *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

To be released from government Civil detention.

In further support of this application, I answer the following questions.

1. Are you presently employed?                          Yes ☐   No ☑

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

I am a Chronic Heart Patient.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment          Yes ☐   No ☑

   b. Rent payments, interest or dividends?                          Yes ☐   No ☑

   c. Pensions, annuities or life insurance payments?               Yes ☐   No ☑

   d. Gifts or inheritances?                                        Yes ☐   No ☑

   e. Any other sources?                                            Yes ☑   No ☐

THE UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

Delmar Adriano Monterio Lopes
Petitioner    (Pro-se)
A#41-958-320
        V.
John Ashcroff, et als
        Respondent(s)

                        DECLARATION IN SUPPORT
                        OF REQUEST TO PROCEED
                        IN FORMA PAUPERIS

        I _Delmar A. Monterio Lopes_ declare
that I am the petitioner pro-se in the above entitled case.
That in support of my motion to proceed without being
required to repay fees, cost or give security therefor, I
state that because of my poverty I believe that I am
entitled to relief. I have been in confinment for the
past _3 1/2_ years including the last _24_ months in
I.N.S. custody.

        I am not employed and I did not receive
any salary or wage or any other benefits in the past. _Disabled_
I do not own any cash, money in checking or saving account.
Nor do I owe any real estate, stocks, bond notes, automobiles
or other valuable property.

        I State under penalty of perjury that the
forgoing is true and correct.

Date: _January 5, 2004,_

                        Respectfully Submitted

                        x _Delmar Lopes_