

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

January 15, 2004

Clerk of Court
United States District Court for
 the District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, Rhode Island  02903

RE:  Transfer from District of Massachusetts
     <u>Lopes v. Ashcroft, et al.</u>, C.A. No. 04-10067-GAO
     to District of Rhode Island

Dear Clerk,

This Court, by the Order dated January 13, 2004, has transferred the above-referenced civil action to your district.  Enclosed please find the original case file and a certified copy of the docket sheet.

Please acknowledge receipt of this case file on the enclosed copy of this letter along with noting your new file number. Thank you.

                              Sincerely,

                              TONY ANASTAS, CLERK

                         By:  Barbara Morse
                              Pro Se Office

cc:  Mr. Delmar Adriano Monterio Lopes

                         Civil Action
     Number:_____
                              United States District Court for
                              the District of Rhode Island