January 10th, 2004

United States District Court
District of Massachusetts
John Joseph Moakley Federal Building
U.S. Courthouse
C/O Clerk's Office
1 Courthouse Way
Boston Massachusetts, 02210

FILED
IN CLERKS OFFICE

2004 JAN 16  A 11: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

04-10067-GAO

Re: Ledger Certificate to Support Application to Proceed in Forma Pauperis

Dear Clerk:

Please find enclosed a Ledger Certificate to support the Application to proceed in forma-pauperis in the filing of Habeas Corpus under 28 U.S.C. & 2241, tracking No. A-41-958-320.

I thank you for your time.

Respectfully submitted,

Delmar Lopes

Delmar A Monterio Lopes (Pro-se)
Adult Corr. Institute (ACI)
Id. # 115294       D-10
P.O. Box 20983
Cranston, Rhode Island

Rhode Island Department of Corrections
Inmate Statement for 12/1/2003 - 12/17/2003

ID#: 115294
Name: LOPES, DELMAR A
Date of birth: 1980-08-19
Location: MD2 - D - 10

Balances as of 12/17/2003:

| Available | + | Encumbered | = | Account Balance |
|---|---|---|---|---|
| 70.49 | | 15.00 | | 85.49 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances | | |
|---|---|---|---|---|---|---|
| | | | | Available | Debt | Encumbered |
| 10/4/2003 | EPR | OID:100234381-ComisaryPurch-Reg | -19.70 | 40.81 | 0.00 | 0.00 |
| 10/11/2003 | EPR | OID:100237567-ComisaryPurch-Reg | -27.74 | 13.07 | 0.00 | 0.00 |
| 10/17/2003 | PAYROLL MEDII | PORTER | 62.00 | 59.57 | 0.00 | 15.50 |
| 10/18/2003 | EPR | OID:100239992-ComisaryPurch-Reg | -30.88 | 28.69 | 0.00 | 15.50 |
| 10/21/2003 | | trans inactive | -15.50 | 44.19 | 0.00 | 0.00 |
| 10/24/2003 | EPR | OID:100242847-ComisaryPurch-Reg | -21.41 | 22.78 | 0.00 | 0.00 |
| 12/3/2003 | CASH A TELLER | JACQUELINE GAMEZ | 70.00 | 92.78 | 0.00 | 0.00 |
| 12/9/2003 | EPR | OID:100246561-ComisaryPurch-Reg | -36.56 | 56.22 | 0.00 | 0.00 |
| 12/15/2003 | PAYROLL MEDII | PORTER | 60.00 | 101.22 | 0.00 | 15.00 |
| 12/16/2003 | EPR | OID:100250408-ComisaryPurch-Reg | -30.73 | 70.49 | 0.00 | 15.00 |

Due to computer posting the Balances as of 12/17/2003 may not reflect all transactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Printed 12/18/2003 at 2:30:04PM    Page 1 of 1

25920P01-00801 rev 03